**Jan T. Perkins #057995**
**Douglas V. Thornton #154956**
**Ray S. Pool #226188**
**PERKINS, MANN & EVERETT**
**A Professional Corporation**
**2222 West Shaw Avenue, Suite 202**
**Fresno, California 93711**
**Telephone (559) 447-5700**
**Facsimile (559) 447-5600**

Attorneys for: Defendant and Counterclaimant SANDSTONE MARKETING, INC., an Arizona corporation; and Defendants MILAS G. RUSSELL III, individually and as trustee for the MILAS G. RUSSELL III LIVING TRUST; LAUREN D. RUSSELL, individually and as trustee for the LAUREN D. RUSSELL LIVING TRUST; and MILAS G. RUSSELL, JR., an individual.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CRIVELLI FRESH, LLC, a California limited liability company, | Case No.: 1:10-cv-00729-LJO-GSA |
| Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE** |
| v. | |
| SANDSTONE MARKETING, INC., an Arizona corporation; MILAS G. RUSSELL III, individually and as trustee for the MILAS G. RUSSELL III LIVING TRUST; LAUREN D. RUSSELL, individually and as trustee for the LAUREN D. RUSSELL LIVING TRUST; and MILAS G. RUSSELL, JR., an individual; | |
| Defendants. | |
| SANDSTONE MARKETING, INC., an Arizona corporation, | |
| Counterclaimant, | |
| v. | |
| CRIVELLI FRESH, LLC, a California limited liability company; BILL CRIVELLI, an individual; CHRIS CRIVELLI, an individual; and CHAD CRIVELLI, an individual; | |
| Counterdefendants. | |

**PERKINS, MANN & EVERETT, APC**

1

---
**Order Granting Stipulation to Continue Initial Scheduling Conference**

1   Having read and considered the Stipulation to Continue Initial Scheduling
2   Conference, and good cause appearing therefor,
3   IT IS HEREBY ORDERED that the Initial Scheduling Conference currently
4   scheduled for September 8, 2010, at 9:00 a.m. shall be continued until **November 24, 2010, at**
5   **9:30 a.m.**

Dated: August 30, 2010         /s/ Gary S. Austin
                               HON. GARY S. AUSTIN
                               UNITED STATES MAGISTRATE JUDGE

**PERKINS, MANN &**
**EVERETT, APC**

2

**Order Granting Stipulation to Continue Initial Scheduling Conference**