1  DONALD R. FISCHBACH  53522
   STEVEN D. McGEE  71886
2  MATTHEW R. DILDINE  258685
   DOWLING, AARON & KEELER, INC.
3  8080 North Palm Avenue, Third Floor
   P.O. Box 28902
4  Fresno, California 93729-8902
   Tel: (559) 432-4500
5  Fax: (559) 432-4590

6  Attorneys for Plaintiff CRIVELLI FRESH,
   LLC, a California limited liability company
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                              * * *

11 | CRIVELLI FRESH, LLC, a California limited liability company, | Case No. 1:10-cv-00729-LJO-GSA |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION IN PART TO STAY THE CASE TO ALLOW COMPLETION OF BINDING ARBITRATION** |
| vs. | |
| SANDSTONE MARKETING, INC., an Arizona corporation; et al., | |
| Defendants. | **(Doc. 30)** |
| AND RELATED COUNTER CLAIM. | |

            Plaintiff and counter-defendants CRIVELLI FRESH, LLC, a California limited liability company ("Plaintiff"), WILLIAM CRIVELLI; CHRISTOPHER CRIVELLI; CHAD CRIVELLI ("Counter-defendants") and Defendants and Counter-claimants SANDSTONE MARKETING, INC; MILAS RUSSELL JR.; MILAS RUSSELL III; LAUREN RUSSELL (herein collectively referred to as "Defendants"), by and through their respective counsel, enter into this stipulation regarding arbitration and stay of the above-captioned action Plaintiff, Counter-defendants and Defendants shall be collectively referred to as "the Parties."

///

///



## I.

## **STIPULATION**

### Recitals

A. Plaintiff initiated the above-captioned action against Defendants by way of filing a complaint with the United States District Court in the Eastern District of California, Fresno Division on or about April 26, 2010, Case No. 1:10-CV-00729-LJO-GSA;

B. Defendants answered plaintiff's complaint and filed a counter-claim against Plaintiff and Cross-defendants with the United States District Court in the Eastern District of California, Fresno Division on or about August 4, 2010, Case No. 1:10-CV-00729-LJO-GSA;

C. Plaintiff and Cross-defendants are represented by Steven D. McGee and Matthew R. Dildine of the law firm of Dowling, Aaron & Keeler;

D. Defendants are represented by Douglas V. Thornton of the law firm of Perkins, Mann & Everett;

E. The Parties have agreed to submit the issues involved in the above-captioned action to binding arbitration before a single neutral arbitrator;

F. The Parties request that the Court vacate the pending trial date and all orders related thereto; and

G. The Parties request that the Court retain jurisdiction to interpret and enforce the terms of this Stipulation and/or enter judgment based upon the arbitration award once it is final.

### Terms of the Stipulation

Based on the foregoing recitals, the Parties hereby stipulate and agree that:

1. Any and all claims which have been, will be or could be asserted in the above-captioned action, will be resolved by way of binding arbitration before a single neutral arbitrator.

2. The above-captioned action shall be stayed pending completion of the arbitration process, including the issuance of a final award by the arbitrator.



3. Pending issuance of the arbitrator's final award, this Court shall retain jurisdiction to enter judgment or otherwise enter any orders necessary to enforce the terms of the final arbitration award. This Court shall also retain jurisdiction to interpret and enforce any of the terms of this Stipulation.

4. The parties are in the process of using best efforts to select an arbitrator. If the parties are unsuccessful in selecting an arbitrator by October 15, 2011, either party has the right to immediately request that the Court set a hearing on a shortened time basis to select an arbitrator to serve for the purpose described hereinabove. Each party shall be responsible for one-half of the arbitration fees and costs provided, however, the arbitrator shall have the authority to allocate those costs as he or she deems fit in rendering the arbitrator's final award.

Dated: September _____, 2011        DOWLING, AARON & KEELER INC.

By: /s/ Steven D. McGee
STEVEN D. MCGEE
MATTHEW R. DILDINE
Attorneys for Plaintiff CRIVELLI FRESH LLC, and Cross-defendants WILLIAM CRIVELLI, CHAD CRIVELLI and CHRISTOPHER CRIVELLI

Dated: September _____, 2011        PERKINS, MANN & EVERETT

By: /s/ Ray S. Pool
RAY S. POOL
Attorneys for Defendants and Counter-claimant SANDSTONE MARKTING, INC, MILAS RUSSELL JR.; MILAS RUSSELL III; LAUREN RUSSELL

## II.

## **ORDER**

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The matter is **STAYED** for a period of **120 days**;



2. The parties and counsel **SHALL** complete binding arbitration during the pendency of the stay;

3. Within 30 days of this order and every 30 days thereafter, counsel **SHALL** file a joint status report describing the progress of the parties;

4. All dates currently scheduled are **VACATED**.

IT IS SO ORDERED.

Dated:   **September 28, 2011**                        **/s/ Jennifer L. Thurston**
                                                                              UNITED STATES MAGISTRATE JUDGE

