IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRIVELLI FRESH, LLC,  )<br>　　　　Plaintiff,　　　　　)<br>　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　)<br>　　　　　　　　　　　　　)<br>SANDSTONE MARKETING, INC., et al., )<br>　　　　　　　　　　　　　)<br>　　　　Defendants.　　　)<br>_____ ) | Case No.: 1:10-cv-00729 LJO JLT<br><br>ORDER DENYING REQUEST TO EXTEND STAY<br><br>(Doc. 34) |

　　　　This matter, involving claims of PACA violations and cross claims of breach of contract, was filed on April 26, 2010. (Doc. 1)

　　　　On September 28, 2011, the Court granted the parties' request to stay the matter to allow for completion of binding arbitration. (Doc. 31) However, the Court granted the stay only for 120 days. Id.

　　　　On October 28, 2011, the parties filed their joint status report and indicated that they had agreed that arbitration would occur in April 2012. (Doc. 32) In response, the Court issued a minute order reminding the parties that the stay was in effect only for 120 days and urged counsel "to make renewed efforts to submit to arbitration as expeditiously as possible." (Doc. 33)

　　　　On November 28, 2011, the parties filed their joint status report and reported that the arbitration would occur during the week of April 16, 2012. (Doc. 34) They request that the stay be extended to June 1, 2012. Id. However, they fail to provide any information as to why they were unable to schedule the arbitration in a more expedient fashion or why the stay needs to be in place for about 45 days after the

1 arbitration date. As a result, the Court cannot find good cause to extend the stay at this time. As a result,
2 the request is **DENIED**.

4 IT IS SO ORDERED.

5 Dated: **November 29, 2011**              /s/ **Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE