1 DONALD R. FISCHBACH  53522
STEVEN D. McGEE  71886
2 MATTHEW R. DILDINE  258685
DOWLING AARON INCORPORATED
3 8080 North Palm Avenue, Third Floor
P.O. Box 28902
4 Fresno, California 93729-8902
Tel: (559) 432-4500
5 Fax: (559) 432-4590

6 Attorneys for Plaintiff CRIVELLI FRESH,
LLC, a California limited liability company
7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRIVELLI FRESH, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SANDSTONE MARKETING, INC., an Arizona corporation; MILAS G. RUSSELL III, individually and as trustee for the MILAS G. RUSSELL III LIVING TRUST; LAUREN D. RUSSELL, individually and as trustee for the LAUREN D. RUSSELL LIVING TRUST; and MILAS G. RUSSELL, JR., an individual,<br><br>Defendants. | Case No. 1:10-cv-00729-LJO-JLT<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND ORDER THEREON**<br><br><br><br>Complaint Filed:  April 26, 2010 |
| SANDSTONE MARKETING, INC., an Arizona corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>CRIVELLI FRESH, LLC, a California limited liability company; BILL CRIVELLI, an individual; CHRIS CRIVELLI, an individual; and CHAD CRIVELLI, an individual,<br><br>Counterdefendants. | |

28  ///

1   It is hereby stipulated, by and between plaintiff and counter-defendants, CRIVELLI FRESH, LLC, BILL CRIVELLI, CHRIS CRIVELLI, and CHAD CRIVELLI, and defendants and counter-claimant SANDSTONE MARKETING, INC., MILAS G. RUSSELL III, individually and as trustee for the MILAS G. RUSSELL III LIVING TRUST, LAUREN D. RUSSELL, individually and as trustee for the LAUREN D. RUSSELL LIVING TRUST, and MILAS G. RUSSELL, JR., by and through their respective attorneys of record, that based on the settlement the parties have entered into, the complaint and counter-claim in the above-captioned matter may be dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

Dated:   September _____, 2012    DOWLING AARON INCORPORATED

By: _____
STEVEN D. MCGEE
Attorneys for Plaintiff and Counter-defendants CRIVELLI FRESH, LLC; BILL CRIVELLI, an individual; CHRIS CRIVELLI, an individual; and CHAD CRIVELLI, an individual

Dated:   September _____, 2012    PERKINS, MANN & EVERETT, INC.

By: _____
DOUGLAS V. THORNTON
Attorneys for Defendant and Counter-claimant SANDSTONE MARKETING, INC.; MILAS G. RUSSELL III, individually and as trustee for the MILAS G. RUSSELL III LIVING TRUST; LAUREN D. RUSSELL, individually and as trustee for the LAUREN D. RUSSELL LIVING TRUST; and MILAS G. RUSSELL, JR., an individual

///
///
///

**ORDER**

The parties have stipulated to dismiss the action, with prejudice, with each party to bear their own court costs and attorney's fees.  Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), the action is DISMISSED, with prejudice.  All dates are VACATED.  The clerk is hereby directed to close the action.

IT IS SO ORDERED.

Dated:   **September 5, 2012**              **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE