DONALD R. FISCHBACH  53522
STEVEN D. McGEE  71886
MATTHEW R. DILDINE  258685
DOWLING AARON INCORPORATED
8080 North Palm Avenue, Third Floor
P.O. Box 28902
Fresno, California 93729-8902
Tel: (559) 432-4500
Fax: (559) 432-4590

Attorneys for Plaintiff CRIVELLI FRESH,
LLC, a California limited liability company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRIVELLI FRESH, LLC, a California limited liability company,<br><br>                Plaintiff,<br><br>vs.<br><br>SANDSTONE MARKETING, INC., an Arizona corporation; MILAS G. RUSSELL III, individually and as trustee for the MILAS G. RUSSELL III LIVING TRUST; LAUREN D. RUSSELL, individually and as trustee for the LAUREN D. RUSSELL LIVING TRUST; and MILAS G. RUSSELL, JR., an individual,<br><br>                Defendants.<br><br>SANDSTONE MARKETING, INC., an Arizona corporation,<br><br>                Counterclaimant,<br><br>vs.<br><br>CRIVELLI FRESH, LLC, a California limited liability company; BILL CRIVELLI, an individual; CHRIS CRIVELLI, an individual; and CHAD CRIVELLI, an individual,<br><br>                Counterdefendants. | Case No. 1:10-cv-00729-LJO-JLT<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND ORDER THEREON**<br><br><br><br><br><br><br><br>Complaint Filed:  April 26, 2010 |

*///*

DOWLING|AARON
INCORPORATED
ATTORNEYS AND COUNSELORS AT LAW

1          It is hereby stipulated, by and between plaintiff and counter-defendants,

2   CRIVELLI FRESH, LLC, BILL CRIVELLI, CHRIS CRIVELLI, and CHAD CRIVELLI, and

3   defendants and counter-claimant SANDSTONE MARKETING, INC., MILAS G. RUSSELL III,

4   individually and as trustee for the MILAS G. RUSSELL III LIVING TRUST, LAUREN D.

5   RUSSELL, individually and as trustee for the LAUREN D. RUSSELL LIVING TRUST, and

6   MILAS G. RUSSELL, JR., by and through their respective attorneys of record, that based on the

7   settlement the parties have entered into, the complaint and counter-claim in the above-captioned

8   matter may be dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule

9   41(a)(1).

10  Dated:     September _____, 2012     DOWLING AARON INCORPORATED

12  By: _____

13  STEVEN D. MCGEE
    Attorneys for Plaintiff and Counter-defendants

14  CRIVELLI FRESH, LLC; BILL CRIVELLI,
    an individual;CHRIS CRIVELLI, an

15  individual; and CHAD CRIVELLI, an
    individual

18  Dated:     September _____, 2012     PERKINS, MANN & EVERETT, INC.

20  By: _____

21  DOUGLAS V. THORNTON
    Attorneys for Defendant and Counter-claimant

22  SANDSTONE MARKETING, INC.; MILAS
    G. RUSSELL III, individually and as trustee

23  for the MILAS G. RUSSELL III LIVING
    TRUST; LAUREN D. RUSSELL, individually

24  and as trustee for the LAUREN D. RUSSELL
    LIVING TRUST; and MILAS G. RUSSELL,

25  JR., an individual

26  ///

27  ///

28  ///

DOWLING | AARON
INCORPORATED

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

       The parties have stipulated to dismiss the action, with prejudice, with each party to bear their own court costs and attorney's fees.  Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), the action is DISMISSED, with prejudice.  All dates are VACATED.  The clerk is hereby directed to close the action.

IT IS SO ORDERED.

    Dated:   **September 5, 2012**        **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE

DOWLING|AARON
INCORPORATED
ATTORNEYS AND COUNSELORS AT LAW